PER CURIAM.
Affirmed. See Johnson v. State, 786 So.2d 1162 (Fla.2001); McDonald v. State, 133 So.3d 530 (Fla. 2d DCA 2013); Hoppert v. State, 68 So.3d 382 (Fla. 2d DCA 2011); Hoppert v. State, 25 So.3d 1235 (Fla. 2d DCA 2009) (table decision); Doby v. State, 25 So.3d 598 (Fla. 2d DCA 2009); Hughes v. State, 22 So.3d 132 (Fla. 2d DCA 2009); Shortridge v. State, 884 So.2d 321 (Fla. 2d DCA 2004); Savage v. State, 832 So.2d 807 (Fla. 2d DCA 2002); Brown v. State, 827 So.2d 1054 (Fla. 2d DCA 2002); Harris v. State, 777 So.2d 994 (Fla. 2d DCA 2000); Harris v. State, 789 So.2d 1114 (Fla. 1st DCA 2001).
KELLY, BLACK, and SALARIO, JJ., Concur.